THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BOYER, Appellant.

Submitted October 29, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Mark C. Davison, Esq., care of Davison Law Office, PLLC, 61 North Main Street, Suite C, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE COLLIER, Appellant.

Submitted October 22, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Claude Castro, Esq., 355 Lexington Ave., Suite 1400, New York, NY 10017 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GUAMAN, Appellant.

Submitted October 29, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX HERNANDEZ, Appellant.

Submitted November 13, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.